ALEXANDER JOHNSTON, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.— Order so far as appealed from unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of MILDRED ROGERS BOYLAN, an Incompetent Person.— Orders unanimously affirmed, with ten dollars costs and disbursements in one appeal.

MARGARET A. NEFF, Appellant, v. CHARLES C. NEFF, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice; this court holding that the provision contained in the order, requiring any later motion to be made before the same justice, is improper. All concur, except Van Kirk, P. J., and Hinman, J., who vote that the part of the order reducing the alimony should be affirmed, without prejudice to later application for modification of the amount of alimony at any Special Term and not before any particular justice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY SCHRADIEK and MURRAY SOLOMON, Appellants.— Judgments of conviction unanimously affirmed. Any errors in the rulings of the court are disregarded under section 542 of the Code of Criminal Procedure.

CHARLES CAPULLO, JR., an Infant, by CHARLES CAPULLO, His Guardian ad Litem, Appellant, v. PAUL OLSHAK, Respondent. CHARLES CAPULLO, Appellant, v. PAUL OLSHAK, Respondent. NANCY CAPULLO, Appellant, v. PAUL OLSHAK, Respondent. MARY VALETTA, Appellant, v. PAUL OLSHAK, Respondent. ANTHONY VALETTA, Appellant, v. PAUL OLSHAK, Respondent.— Judgments and orders unanimously affirmed, with costs in one action.

MADDEN LUMBER COMPANY, INC., Appellant, v. ALEXANDER KARWOWSKI, Respondent.— Judgment unanimously affirmed, with costs.

LEONA PARK, Respondent, v. EARL D. SAGER, Appellant.— Judgment and order unanimously affirmed, with costs.

WILLIAM SEARS, as Administrator, etc., of HOWARD SEARS, Deceased, Appellant, v. THE DELAWARE AND HUDSON COMPANY and Others, Respondents.— Judgments unanimously affirmed, with one bill of costs, on the authority of La Goy v. Director-General of Railroads (231 N. Y. 191); Miller v. N. Y. C. R. R. Co. (226 App. Div. 205; affd. 252 N. Y. 546); Schrader v. N. Y., C. & St. L. R. R. Co. (254 id. 148).

ELIZABETH PEPE, Respondent, v. WILLIAM JANKOWSKI, an Infant, by PAUL JANKOWSKI, His Guardian ad Litem, Appellant. SAMUEL PEPE, Plaintiff, v. WILLIAM JANKOWSKI, an Infant, by PAUL JANKOWSKI, His Guardian ad Litem, Defendant.— Judgment and order in the action of Elizabeth Pepe v. Jankowski unanimously affirmed, with costs, on the ground that these are separate actions, and the jury was justified in finding in the companion action of the husband, Samuel Pepe v. Jankowski, that he had suffered no substantial damage.

MARY MEAD, Respondent, v. GLENS FALLS INSURANCE COMPANY and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Van Kirk, P. J., not sitting.